UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CALVIN TYRONE NORTON )<br>        Plaintiff, )<br>        )<br>v.         )<br>        )<br>KEVIN TABRON, BRENNAN REGNER, )<br>JONATHAN DAVID, LEWIS HATCHER )<br>ROBBIE SELLERS, JEFFREY ROSIER, )<br>AARON HERRING, STEVEN )<br>STRICKLAND )<br>        Defendants. ) | **JUDGMENT**<br><br>No. 7:16-CV-56-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 11, 2017, and for the reasons set forth more specifically therein, that the defendants' motion for summary judgment is granted.

**This Judgment Filed and Entered on October 11, and Copies To:**
Calvin Tyron Norton (via US Mail to PO Box 1145. Winterville, NC 28472)
Jennifer Strickland (via CM/ECF Notice of Electronic Filing)
David J. Adinolfi , II (via CM/ECF Notice of Electronic Filing)
Bradley Owen Wood (via CM/ECF Notice of Electronic Filing)
Clay Collier (via CM/ECF Notice of Electronic Filing)

October 11, 2017                  PETER A. MOORE, JR.
                                      /s/ Sandra K. Collins
                                  (By) Sandra K. Collins, Deputy Clerk